In The United States District Court of Florida
District of Ocala

| United States of America<br>Travis Tudor, R, Knutson<br>Plaintiff<br>V<br>Bureau of Prisons, SIS,<br>Warden Caulton, DHHS, Jones<br>Defendants | Case #<br>IN re 31 USCA 3729-3730<br>False Claims Act<br><br>5:26-CV-87 AGM PRL |
|---|---|

The Plaintiffs come now and file this petition Pursuant 31 USCA 3729-3730 of The False Claims act, 31 USCA 3730 (1)(b) states "A Private person MUST file in the name of the "United States of America" The Attorney General shall investigate and Prosecute Diligently, This Case is for Fraud and Abuse.

1) On 10-14-26 Mr Tudor was being held in Special housing Unit for a Unknown reason, had no lockup Order, No disciplinary Violations, No Conflicts, simply harassment, Unit Mgr Jones shoved documents under the door one titled "Sentencing Monitoring Computation Data" On page One under Current Obligation offence/charge: "Attempted sexual exploytation of a child" ct 2 and "Exploytation of a child" This Fraudulent Entries into Mr Tudor Institutional Records
  (a) Mr Tudor has "no" such Charges
  (b) Bureau of Prisons has deliberately Committed fraud on my Permanent Records further defileing my name, Causeing Me to Start legal on top addressing The Currupton of a Attorney who Talked Mr Tudor into Signing a document Claimed it was a tatic which allowed preperation for Trial, it was not and Tudor and Mother was scamed for 50K never informed Tudor of the Consequences of signing that it could not be withdrawn, SIS wants to fabricate Ghost cases Internationaly and alter record's
  (c) Due to fact when Typing these Fraudulant Entries into Records into Bureau of Prisons Data and useing Electronic Devices, Computers These acts become Wire fraud, Fraud, Conspiracy to defraud the United States Statues Omitted at this time Due to Denial of access to Law Library.

-1-

(d) Mr Tudor, Had been placed into Special Houseing Unit on oct 9, 25 Without any Lock-up Order, Been held over 100 days Which Violates all Constutional Rights All Due Process Thrown Out, Program Statement and Operations Manuals Mandate Lock-up orders When Investigations by SIS are done, They Claimed 2 FBI Refural had been done but When Mister Tudor's Attorney "Christpher Zoukis" Contacted the F.B.I, They Stated There is and never was any Refural Made by SIS at Coleman, Clearly this was Even more fraud and Certinly Abuse of Inmate and by Legal definition Torture for he and his famiely, Definition Is " The Deliberate Inflection of Severe Pain and Suffering at and under Color of Law,"

(e) Looking at mr Tudor's Program Review Dated 10-14-25 Now looking at Section marked "Current Education Courses" This states the following (1) Basketball Sports Rules, (2) Softball Sports Rules, (3) RRP #1 Aids Awareness, (4) football Sports Rules, (5) Person to Person SHU (6) SHU Meth Fundamenters Course, All Between the Years 2020 - 2025 Bureau of Prisons Places these and many other programs into our Centural file's Claiming We actuly have Taken these and other Courses So they May Obtain and Continue to Obtain through Fraud funding From Federal Cash hoarding Democrates, They Recive Many Billions for NON-existent Rehabilitation Programs, TRUTH IS for Example Say Starting With Covid All Prisons Remained locked and inmates Stayed in there Cells Could not even go out side! Educations Only Program Was a Crossword puzzle, Then Covid ended, We Then had Staff shortage's locked down 80% the time, denied shower's Forced to Drink Contaminated Water With Ligionair's Disease/ Staff at literly every instution Partisipate in these fraud schemes Victorville, Florance, Polock Tucson, Terre Haute, Coleman Atwater On and on Billions are Given to Prisons for which zero programing Occures But they Insures They Recive funding, This Is The Very Exact Reason 18 USCA, 1960 Rico Act, 18USC 371 Conspiracy To Defraud the United States, The list Go's On and on

-2-

not to mention their contribution to the High Recidivism levels, Because Bureau of Prisons Provide ZERO Programing for Millions of inmates for Decades, Look online There False Propaganda makes These facility's look like College Campuses When They claim we have VT Training, carpentry, Auto Mechanics, Hi-Vac, Culinary Arts, Unicor and more When the Cold Truth is We Sit in Our Cells all day Except mabe Every 3 days We get a Shower if lucky limited access to Phones's These Staff Rarely allow us to charge Tablets are MP-3's, Cold PnB-J Sandwichs. D.O.G.E. need's to Come here, like for example the Recreation department Recives 262K, We Cannot Tell for our Movie chanel we rarely see any movies mabe 10 a Year and we are told a Cinima license is paid and We have 1000's of Vidios in the library, No new Footballs, No Bocketballs, Kickballs, Baseballs, but We cannot Get Outside to play ball anyhow Due to Staff Shortages, Yet Mr Clinton buys 40k in Candies like Good n Plenty, Milk Duds, What he Brags About is his Grandchildren Selling them, Each Unit had one person in 2025 Recive a Single box of Raisinets and We got PoPcorn 3x this last Year, Thats 500K Embezzled last 5 Years alone by Recreation Depatment, We get No Benifits, Gym Equipment is Purchased New Every Year, Old Unused Equipment is Sold online Talking 30 Tredmills Plus Pool Tables, Why not Keep the Old till its broaken, Well its all about Clean Movie Just like Staff making leather goods having inmates Sew the projects, Well the Staff Sell them online a Good Gator Purse gets 5 to 10K!

(f) Mr Tudor has been detained for 100 days Without so much as a lockup Order of any Kind, Only told under SIS investigation Then Told FBI Referral Yet his Attorney Christopher Zoukis has Checked and No Such referral has ever been Submitted Only they do not Respect Due Process Constutional rights Bureau of Prison Policy and Search and Siezure Protacols in Going to Mr Tudor Cell and Packing his Property Stolen over 50K in personal Property Then in a attempt to

Give all his 7.5 million Information to the Entire Population, by leaving his Portfolio with account numbers to Stocks, Bonds, Saving Certificats Education Trusts, Investment loans, Loans to Persons, Bank Accounts etc etc. They Put it with his address book family Photos On the floor left it there, This is a Financial Crime and a act that Can Place his Children, Mother and other Family members in life threatening Danger of Kidnapping Extortion, And It is a Financial Crime to Disclose such Information to the Public and to Criminals and a Federal officer doing this henus Act is unforgivable, Now Mr Tudors Attorney "Christopher Zoukis" Now Must Change all these accounts and numbers this Can Cost him approx '75k for Mr Tudor to Protect his Investments and Family. This was done Because these Currupt SIS Are trying to interfear with his Relationships with his Friends Family and Future Wife Who has begun College, Works a butcher Job and Cares for Wildlife In Austraila! They have her Mothers Blessings, he Actuly has a longstanding deep Relation with her as Well, This dud SIS is Jelouse of a Man minding the Rules no Drugs No Treueys liveing the best one Can in prison shot free Over 2½ Years, Mr Tudor has put his life on all the right tracks Church and family Come First doing his best to be a Father from here, family Visit Regular from Michigan Than because a dear friend and he fell in Love that is not a crime He has 14 more Years But may reverse Conviction based on "Actual Innocents" Within several Years, SIS is also retaliating for the first 31 USCA 3729 false Claims act. Which in Fact Makes Such Retaliation Violations of "Victum Witness Protection act" "Statues Omitted at this time Due to Denied Law Library"

SEE: Attached Exibits For Fraud and Abuse

(2) In the Case of Mr Robin Lee Knutson who also comes before This honorable Court, Mr. Knutson is soon to Die Because Bureau of Prisons has denied Treatment for Terminal Cancer A 8cm Mass that has Metastisized, Toung and Throat cancer and 80% of his body has Squamus cell Cansonoma of the Skin. And late Stage 4 C.O.P.D, That has a VH of 20% Lung Capasity which Bureau of Prisons has refused to Treat for 5 Year's here at Coleman 2, They had 2 doctors Newbud and Lenudo Both did not have a liceuse, They have been dismissed, Yet Clinical Liceuse Remains in Lunuto's Name, Dr Archor only seen me in 5 years for 10min, they have a Practice of Falseifying Medical Records "Archor" Just this last year Claimed he has seen me Every Month, Taken Vitals, Weight, bloodpressure, All for The Drug Enforcement Agency's Mandate to Renew Narcotics The law states he must Phsyicly see Me Then Order prescription's for Narcotics which iv Taken For over 20 Years at first for Degenerative Spine Disease after 10 Sergurys Im now Bound to a Wheelchair for life, But like On December 25 2025 They lied said all had been Renewed This Was a lie and I Was Screwed Because Not a Single Provider Was at the Prison for 12 Torturous days I could have died from Withdraws, Did not eat or Drink for 12 days, Shit on Myself over and Over Denied Showers for those days as Well, Dry heaved all Bial from my stomic, I had Sizures, And when i lost it and Attempted to Strangle Myself They had hand cuffed My Cellie Mr Tudor but My Wheelchair had Cought on a Blanket On The floor so i could not get to the food slot To be hand cuffed, Kept telling the Officer i have a no Spray OC, No Gas, No Chemical Order due to My COPD, and Cancer Yet Even After on the Radio this May officer CREWS was told Very Clear "DO NOT SPRAY THAT INMATE" He imediatly Began to SPRAY I Got NO Breathing treatment No Shower to Wash off OC spray for 12 Days, I have Major heart Respatory issues

-5-

Imagin My Troat and Skin Cancer Areas On Fire All These days Burning So bad i Cryed to Sleep, All This Cancer Was in fact Caused by Misuse of OC Spray 30 Years ago by County Jail Sheriffs Who Chained Me down Covered My Naked body In OC Spray, Took a 1 QT Canister of OC Put the Nozzle into My mouth filled My Lungs and Stomic Then beat on Me for 6 Long hours –

Last Year February 2025 i Was told of the Mouth Cancer i Was Taken to Oncoligest Who Ordered Radiation Treatment Said it Should Stop it at its Stage, Last December i Seen One Again he Said I must now have Sergury and i May or May NOT be able to Speak after, This Was because Coleman 2 Medical Droped the Ball Refused to Take Me for Treatment, Last February 2025 i Went to a Urolugey Clinic They Preformed a 3-D Ultrasound, The TecNitoon began To Cry and Said Shes Sorry but i have a right to Know She Turned The Monitor So i Could See, She Explained the lite Area is My liver She Placed a Squear light green in Color I said is that Actual Size She Said Yes, I said it Looks To be 8cm at the Same time She did She then placed little green Arrows on all the Dots and said Again Im Sorry honey This has Already Metastisized Spreading Through Your Body, These Idiots at Coleman 2 Refused To Address This Metastasized Tumor for A Year Almost

(2) Bureau of Prisons use a Scheme to avoid Direct responsability Here at Coleman 2 They "Contract" Wellpath to Setup appointments and Keep Vital Outside Specialests Orders and Results, So When issues like This One arrise Or Someone Dies as a result of Negligence such as this one They push blame on Wellpath, when in Truth They do recive Results and simply do not Pick up The Phone and Order a appointment for such Things as RADIATION Treatment or in My Case Send Me to a Medical Facility in Order to Save My Life

-6-

Every Single day iv asked for help Demanding they Get me To Someplace That Can Treat Me, They Keep saying You have Appointments when in fact I did not for Nearly a Year NOW I'm Dead.
(b) They Contract Nurse Providers, Except when They actualy start To begin to Help us its Over for Them because it go's against The grain for Example Mr Goss a P.A.R.N. Tryed and Tryed To Send me out to Get My Bladder drained because they Could not get a Catheter Past My Prostate, It Was like Pushing Glass Through My Urethra I Broak the hand rail While Screaming. Because of My Max Custody They denied My Medical Trip because Another Max Custody Who They had Beat so bad while in cuffs They Kicked his ribs broak them and punchered a Lung. So i was left here because Over Night while Screaming every Time i Tryed to Pee Only a few drops of Yellow puss from My Infected bladder Came out until i Was 85% in my bladder Dr Goss had Ordered antibiotics That helped, The Cause of The Whole issue was They had not gone Over My Reports after my systoscopy Never Gave The Antibiotics sent With me back to The Prison, Mr Goss Was fired days later im Told along With Ms Smith Flebotum iss "Blood Testing lady" Before Goss had left he Upgraded My Pain Medication from Percset 3 x a day To Morphine 60mg 2x a day and Percset PRN for Breakthrough Pain and had Increased my Lyica as Well, Neither the Percset or Lyrica Ever got Approved by Pharmacy, Even after 2 doctors Approved 100% The following days Goss was Removed after a write up...
(C) To This day iv not even been looked at for My Squamas cell cersonoma of The Skin, If not for Goss Testing and recognizing it i would not Know what it Was except My Skin looks as tho' a Fire Burned Me on 80% my body and growing The Pain Itching till it Bleeds Not That it Matters but now Scared all over, Every Month my Narcotics Expire, I suffer for a Week Even Though My Medical Duty Status States "Chronic Narcotic"

-7-

(d) To be Clear All Staff members here Sign a Contract To support and uphold the Laws and Constitution of the United States, The Constitution 8th Amendment against Cruel and unusual Punishment, It should be also Considered "Torture" "The deliberate Infliction of Extream Physical pain and Mental Suffering under color of Law" What iv gone through is deliberate when i begg them every day to help Me Please save me don't let me die! and they Lie and Lie and lie More, all they had to do was pick up the Phone But More Presice do a 7-70 Send me To Springfield or Butner Medical Centers for Treatment This was not done. But the Man Who Went to the Same Oncoligest Same day Same Order for Radiation Treatment He was gone the next Week. All staff here have breached their Contract's and Commited Murder 18 USCA. 1111 The deliberate act of Killing another human being. All they needed to do is Pick the Phone up and look at the 3-D ultresound from the Uroligest Who also Made Note Of the liver Cancer, A Seperate Ultrasound Tech came to The Prison looking at My heart, She Too Made Note on her report of the Mass on the liver, They did NOTHING! I Pray Pam Bondi Attorney General Prosecutes them to The Fullest Extent of the law for Violating Federal Contracts and My Murder. I Pray this Court Orders Injunction for Treatment.

Submitted this day 1-14-26   Travis Tudor, 22150-040
To: Pam Bondi Attorney General   P.O. Box, 1034 - Coleman 2
    U.S. District Court Ocala   Coleman FL 33521
By U.S. Mail

Prose Robin Knutson #6144306S
P.O. Box, 1034 - Coleman 2
Coleman, FL, 33521

-8-

```
CLPD5   540*23 *           SENTENCE MONITORING           *     10-14-2025
PAGE 001         *         COMPUTATION DATA              *     07:52:21
                           AS OF 10-14-2025

REGNO..: 22150-040 NAME: TUDOR, TRAVIS JEFFREY


FBI NO............: 934209TB4         DATE OF BIRTH: 08-02-1983 AGE:  42
ARS1..............: CLP/A-DES
UNIT..............: 5 GP               QUARTERS.....: Z01-110UAD
DETAINERS.........: NO                 NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 05-20-2041

THE INMATE IS PROJECTED FOR RELEASE: 11-20-2041 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: MICHIGAN, WESTERN DISTRICT
DOCKET NUMBER....................: 1:18-CR-92-01
JUDGE............................: MALONEY
DATE SENTENCED/PROBATION IMPOSED: 01-07-2019
DATE COMMITTED...................: 03-11-2019
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

               FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00        $00.00           $00.00         $00.00
  JVTA........: $5,000.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO         AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 512    18:2251-2,2260 OBSCENE MATTR     FSA INELIGIBLE
OFF/CHG: 18:2251(A)AND(E) SEXUAL EXPLOITATION OF A CHILD AND ATTEMPTED
         SEXUAL EXPLOITATION OF A CHILD CT2

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    324 MONTHS
  TERM OF SUPERVISION............: LIFE
  DATE OF OFFENSE................: 01-30-2018
```

→ False Entries of Records

```
G0002           MORE PAGES TO FOLLOW . . .
```

-9-



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: TUDOR, TRAVIS JEFFREY   22150-040

SEQUENCE: 02147222
Team Date: 10-14-2025

| | | |
|---|---|---|
| Facility: | CLP  COLEMAN II USP | Proj. Rel. Date:   11-20-2041 |
| Name: | TUDOR, TRAVIS JEFFREY | Proj. Rel. Mthd:   GOOD CONDUCT TIME |
| Register No.: | 22150-040 | DNA Status:   PREBOP TST / 01-16-2019 |
| Age: | 42 | |
| Date of Birth: | 08-02-1983 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Inmate Photo ID Status

Full status incomplete - Expiration: null

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CLP | RECWEEKEND | WEEKEND WORKERS | 01-10-2024 |

*(margin note: "Forged")*

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CLP | ESL HAS | ENGLISH PROFICIENT | 03-18-2019 |
| CLP | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-18-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CLP | C | BASKETBALL SPORTS RULES | 05-29-2025 | 08-09-2025 |
| CLP | C | SOFTBALL SPORTS RULES | 03-01-2025 | 05-24-2025 |
| CLP | C | BASKETBALL SPORTS RULES | 08-18-2024 | 09-08-2024 |
| JES | C | RPP#1 AIDS AWARENESS | 02-02-2023 | 02-02-2023 |
| LVN | W | SHU MATH FUNDAMENTALS COURSE | 07-26-2022 | 01-13-2023 |
| GRE | C | PERSON TO PERSON SHU | 05-18-2022 | 05-18-2022 |

*(margin note: "Fake Entries Fraud")*

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-19-2019 |
| CARE2 | STABLE, CHRONIC CARE | 02-28-2019 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 09-16-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-14-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-28-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-18-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED FAIL R | DRUG EDUCATION FAIL-REQUIRED | 01-13-2020 |
| MAT SCREEN | MED ASSIST TRMT SCREEN | 07-01-2024 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | | |
|---|---|---|---|---|
| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | | Start: 02-17-2022 |
| Inmate Decision: | AGREED | $60.00 | Frequency: | QUARTERLY |
| Payments past 6 months: | | $120.00 | Obligation Balance: | $4,565.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|



## Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: TUDOR, TRAVIS JEFFREY   22150-040

SEQUENCE: 02147222
Team Date: 10-14-2025

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | MISC | $5,000.00 | $4,565.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 09-09-2025 | CLP | PAYMENT | INSIDE PMT | $60.00 |
| | 06-10-2025 | CLP | PAYMENT | INSIDE PMT | $60.00 |

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $2,650.00   Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 12-04-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 10-08-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-08-2025 |
| N-COGNTV Y | NEED - COGNITIONS YES | 10-08-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 02-28-2022 |
| N-EDUC N | NEED - EDUCATION NO | 10-08-2025 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 10-08-2025 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-08-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-08-2025 |
| N-MEDICL Y | NEED - MEDICAL YES | 10-08-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 10-08-2025 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-08-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-08-2025 |
| N-WORK Y | NEED - WORK YES | 10-08-2025 |
| R-HI | HIGH RISK RECIDIVISM LEVEL | 10-08-2025 |

### Progress since last review

Inmate Tudor arrived in K-2 from L-2 on 8-8-2025.

### Next Program Review Goals

Enroll in VT course of choice by next program review.

### Long Term Goals

Complete VT course by 01-18-2026.

### RRC/HC Placement

No.
Management decision - PRD: 11-20-2041.

### Comments

Custody Classification points 27-Management Variable for Lesser Security.
Inmate was reassessed for at risk of abusiveness or victimization in accordance with PREA guidelines. Housing unit status, safety, programming and work assignment were also reviewed.

Robin Knutson #61443065
Federal Corrections Complex
Coleman 2
P.O. Box 1034
Coleman FL 33521

Special Legal Mail
Open in presence of Inmate

SCREENED By USMS

Clerk of U.S. District Court Ocala
Federal Court Ocala
207 N.W. Second Street
Ocala FL 34475

TAMPA SAINT PETERSBURG FL
30 JAN 2026

